

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2014

No. 04-14-00012-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Appellant's plea for justice and fairness in the premature denial of appellant's motion for en banc reconsideration is hereby DENIED.

It is so **ORDERED** on October 6, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court